**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| American Honda Motor Co., Inc., | ) | No. CV-08-0656-PHX-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| AZ Grafix; AZ Online Auction Pros; Susan Alvarez; Eric J. Schad; Ted Smith, | ) ) ) | |
| Defendants. | ) ) ) | |

On October 7, 2009, the Court entered an Order Granting Plaintiff's Motion for Default Judgment against Defendants AZ Grafix, AZ Online Auction Pros, Susana Alvarez, and Eric J. Schad ("Defendants") on all claims of the Amended Complaint.

Based upon that Order, and being advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that American Honda Motor Co., Inc. ("Honda") does have and recovers the relief prayed for in the Amended Complaint as follows:

    A.    Defendants, their employees, agents, successors, and assigns, and all those in active concert and participation with them, and each of them who receives notice directly or otherwise of this Order, are permanently enjoined from, without permission from Honda:

(1) imitating, copying, or making unauthorized use of the marks HONDA® (Reg. Nos. 0,826,779 and 1,673,535), H EMBLEM® (Reg. No. 2,272,458), ACURA STYLIZED & EMBLEM® (Reg. Nos. 2,514,550; 2,646,476; 2,675,400), CIVIC® (Reg. No. 1,045,160), VTEC® (Reg. No. 2,492,897), INTEGRA TYPE R® (Reg. Nos. 2,554,443 and 2,595,301), ACCORD® (Reg. No. 1,053,254), and SI® (Reg. No. 3,426,868) (the "Honda Marks");

(2) using any simulation, reproduction, counterfeit, copy, or colorable imitation of the Honda Marks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation, or distribution of any service or product;

(3) using any false designation of origin including, without limitation, any letters or symbols constituting the Honda Marks, or performing any act that can, or is likely to, lead members of the trade or public to believe that any service or product manufactured, distributed, or sold by Defendants is in any manner associated or connected with Honda or the Honda Marks, or is sold, manufactured, licensed, sponsored, approved, or authorized by Honda;

(4) transferring, consigning, selling, shipping, or otherwise moving any goods packaging, or other materials in any Defendant's possession, custody, or control bearing a design or mark substantially identical to any or all of the Honda Marks;

(5) engaging in any other activity constituting unfair competition with Honda with respect to the Honda Marks, or constituting an infringement of any or all of the Honda Marks, or of Honda's rights in, or to use or exploit, any or all of the Honda Marks; and

(6) instructing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (5) above.

B. By no later than thirty (30) days after entry of this Order of Default Judgment, Defendants shall deliver to Honda's counsel any products, labels, tags, signs, prints, packages, videos, photos, advertisements, computer program files, electronic images, plates, molds, or matrices that depict, bear, use, or enable the unauthorized reproduction of, any of the Honda Marks or any colorable imitation of any of the Honda Marks.

C. Defendants shall pay $400,000 (four hundred thousand dollars) to Honda as statutory damages under 15 U.S.C. § 1117(c) based on their counterfeiting and willful infringement of the following eight registered trademarks: HONDA® (Reg. Nos. 0,826,779 and 1,673,535), H EMBLEM® (Reg. No. 2,272,458), ACURA STYLIZED & EMBLEM® (Reg. Nos. 2,514,550; 2,646,476; 2,675,400), CIVIC® (Reg. No. 1,045,160), VTEC® (Reg. No. 2,492,897), INTEGRA TYPE R® (Reg. Nos. 2,554,443 and 2,595,301), ACCORD® (Reg. No. 1,053,254), and SI® (Reg. No. 3,426,868).

D. Defendants shall pay Honda for the attorney's fees it has incurred in the prosecution of this case pursuant to 15 U.S.C. § 1117(a), in the amount of $45,400.00.

E. The liability of each defendant shall be joint and several.

DATED this 7th day of October, 2009.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge